NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE UFCW LOCAL 152 HEALTH AND WELFARE FUND FOR AND ON BEHALF OF THEMSELVES AND SAID FUND, *et al.*, | Civil No. 17-2178 (RBK/KMW) |
| Plaintiffs, | **ORDER** |
| v. | |
| AVON FOOD, INC., | |
| Defendant. | |

**Kugler,** United States District Judge:

Presently before the Court is plaintiff UFCW Local 152's ("Plaintiff") motion for entry of default judgment (Doc. No. 7) against defendant Avon Food, Inc. ("Defendant"). For the reasons set forth in the accompanying opinion,

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**, and Defendant shall pay Plaintiff $200,004.34 in damages.

Dated: 01/10/2018  _s/ Robert B. Kugler_
ROBERT B. KUGLER
United States District Judge